# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:21-MJ-28** |
| **CHAD JONES** | **DEFENDANT** |

## ORDER

On January 19, 2021, Colin H. Lindsay, United States Magistrate Judge held an initial appearance via video conference on a Complaint from the District of Columbia (Case Number 1:21MJ-76). Assistant United States Attorney Stephanie Zimdahl appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Jail. Nathan Miller, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, via counsel, consented to proceed with initial appearance via video conference.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The Court advised the defendant regarding the provisions of Rule 20. The Court also reminded the United States of its prosecutorial obligation under *Brady v. Maryland*, 373 U.S. 83 (1963).

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that a preliminary and detention hearing is scheduled for **January 20, 2021, at 1:00 p.m**. via video conference before Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to the custody of the United States Marshals Service pending further order of the Court.

January 20, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

:20