# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                    **CRIMINAL ACTION NUMBER: 3:21-MJ-28**

**CHAD JONES**                                                                                **DEFENDANT**

## ORDER

The above-styled case came before the undersigned on January 20, 2021 via video conference for a preliminary and detention hearing on a Complaint from the District of Columbia (Case Number 1:21MJ-76). Assistant United States Attorney Stephanie Zimdahl appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Jail. Nathan Miller, retained counsel, appeared on behalf of the defendant. The proceeding was digitally recorded.

The defendant, via counsel, consented to proceed with hearing via video conference.

The defendant, through counsel, waived his right to a preliminary hearing in the Western District of Kentucky and reserved his right to move for a hearing in the District of Columbia.

The Court heard arguments of counsel as to the matter of detention and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on $100,000 secured bond with an order setting conditions of release.

**IT IS HEREBY ORDERED** that the defendant shall report to District of Columbia for further proceedings on **January 28, 2021 at 1:00 p.m**. via video conference. The undersigned's Case Manager will provide the Zoom link to counsel via email.

January 22, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USM, USDC-D.C.

1:20